1  GRODSKY, OLECKI & PURITSKY LLP
   Allen B. Grodsky (SBN 111064)
2  allen@thegolawfirm.com
   John J. Metzidis (SBN 259464)
3  john@thegolawfirm.com
   11111 Santa Monica Blvd., Suite 1070
4  Los Angeles, CA 90025
   Telephone: (310) 315-3009
5  Facsimile: (310) 315-1557

6  Attorneys for Defendants Ozan Yildirim p/k/a OZ, an
   individual and Nik Dejan Frascona p/k/a Nik D, an individual
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | OLIVIER BASSIL, an individual; | Case No. 2:20-cv-05099 SB (PDx)
   | BENJAMIN LASNIER, an individual;
12 | and LUKAS BENJAMIN LETH, an   | Assigned to Hon. Stanley Blumenfeld, Jr.
   | individual,
13 |
   |        Plaintiffs,
14 |
   |   vs.                          | **STATEMENT OF NON-OPPOSITION
15 |                                 | BY DEFENDANTS OZAN YILDIRIM
   | JACQUES WEBSTER p/k/a Travis   | AND NIK DEJAN FRASCONA TO
16 | Scott, an individual; OZAN YILDIRIM | MOTION TO BIFURCATE
   | p/k/a OZ, an individual; NIK DEJAN | DISCOVERY INTO LIABILITY AND
17 | FRASCONA p/k/a Nik D, an        | DAMAGES PHRASES**
   | individual; MICHAEL GEORGE
18 | DEAN p/k/a Mike Dean, an individual; | Date:     January 15, 2021
   | JAMIE LEPR p/k/a Cash Passion, an   | Time:     8:30 a.m.
19 | individual; SEAN SOLYMAR, an        | Ctrm:     6C
   | individual; CACTUS JACK
20 | RECORDS, LLC, a Texas limited
   | liability company; GRAND HUSTLE,    | Action Filed: June 9, 2020
21 | LLC, a Georgia limited liability
   | company; SONY MUSIC
22 | ENTERTAINMENT, INC., a Delaware
   | corporation; SONY MUSIC
23 | ENTERTAINMENT, INC., a Delaware
   | corporation; SONT/ATV MUSIC
24 | PUBLISHING, LLC, a Delaware
   | corporation; PAPA GEORGE MUSIC,
25 | a California company; THESE ARE
   | SONGS OF PULSE, a California
26 | company; and DOES 1 through 50,

27         Defendants.

28

Pursuant to C.D. Cal. Local Rule 7-9(b), Defendants Ozan Yildirim and Nik Dejan Frascona do not oppose the Motion of Defendants Jacques Webster p/k/a Travis Scott, Cactus Jack Records, LLC, Sony Music Entertainment, Sony/ATV Music Publishing, LLC, Michael George Dean p/k/a Mike Dean, and Papa George Music to Bifurcate Discovery into Liability and Damages Phases.

Dated: December 22, 2020

GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky
John J. Metzidis

By: /Allen B. Grodsky/
Allen B. Grodsky

Attorneys for Defendants Ozan Yildirim p/k/a OZ and Nik Dejan Frascona p/k/a Nik D