# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIER BASSIL, an individual, BENJAMIN LASNIER, an individual, and LUKAS BENJAMIN LETH, an individual, <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>JACQUES WEBSTER p/k/a Travis Scott, an individual; OZAN YILDIRIM p/k/a OZ, an individual; NIK DEJAN FRASCONA p/k/a Nik D, an individual; MICHAEL GEORGE DEAN p/k/a Mike Dean, an individual; JAMIE LEPR p/k/a Cash Passion, an individual; SEAN SOLYMAR, an individual; CACTUS JACK RECORDS, LLC, a Texas limited liability company; GRAND HUSTLE, LLC, a Georgia limited liability company; SONY MUSIC ENTERTAINMENT, INC., a Delaware corporation; SONY/ATV MUSIC PUBLISHING, LLC, a Delaware corporation; PAPA GEORGE MUSIC, a California company; THESE ARE SONGS OF PULSE, a California company; and DOES 1 through 50, inclusive, <br><br>　　　　　　Defendants. | Case No. 2:20-cv-05099-SB-PD <br><br> Honorable Stanley Blumenfeld Jr. <br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> Complaint Filed:　　June 9, 2020 |

# [PROPOSED] ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiffs, OLIVIER BASSIL, BENJAMIN LASNIER, and LUKAS BENJAMIN LETH ("Plaintiffs"), are granted leave to amend and to file their First Amended Complaint ("FAC"), a copy of which is attached to the aforementioned Stipulation as Exhibit "A;"

**IT IS ALSO ORDERED** that Defendants' respective Answers to Plaintiffs' Complaint shall be and are deemed Defendants' respective Answers to the FAC;

**IT IS FURTHER ORDERED** that Plaintiffs shall file the FAC within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Dated: _____    _____

Hon. Stanley Blumenfeld Jr.

Judge, United States District Court