FILED
CLERK, U.S. DISTRICT COURT
May 24, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| OLIVER BASSIL, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JACQUES WEBSTER, *etc.*, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-05099 SB (PDx)<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY, WITH PREJUDICE |

**<u>ORDER</u>**

The Court having received the parties' Stipulation, this action is hereby dismissed, in its entirety and as to all parties, with prejudice with Plaintiffs, on the one hand, and Defendants, on the other hand, to bear their respective attorneys' fees and costs.

(For future reference, the parties are reminded to comply with the Court's Civil Standing Order, Rule 5b.)

Dated: May 24, 2021

_____
Stanley Blumenfeld, Jr.
United Stated District Judge